```
LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California  94111
(415) 391 2100
FAX (415) 391 4678
JOHN E. RICCI
State Bar #95895
Attorney for Petitioner
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramzi Eid Awwad ALRAWASHDEH<br><br>v.<br><br>Eric Holder, ATTORNEY GENERAL OF THE UNITED STATES AND CHARLES De Moore, Acting District Director DIRECTOR, San Francisco Office, U.S. Department of Homeland Security; United States Citizenship and Immigration | **ORDER** ON VOLUNTARY DISMISSAL OF WRIT OF HABEAS CORPUS AND TRO<br><br>C-13-0635- SBA |

Based on the motion of the Petitioner, this action is hereby dismissed.

Dated: ~~03/27/13~~ 3/29/13

*Sandra B. Armstrong*

US District Court Judge

---

Dismissal of Writ and TRO, Alrawashdeh v. DHS                    3